# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MICHAEL JOHN LANCASTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:15-CV-00038 |
| MAJOR MATTHEW WYATT, et al, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff's motion for admission of documentary evidence (Dkt. No. 32) is **GRANTED** and Defendants' motion to dismiss (Dkt. No. 23) is **GRANTED** and this action shall be and hereby is **DISMISSED** without prejudice.

The Clerk is directed to send a copy of this Order to the pro se plaintiff and to counsel of record.

Enter: March 30, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge